# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150147

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                            SC: 150147
                            COA: 322933

JERMOND LAWRENCE PERRY,
      Defendant-Appellant.

                            Wayne CC: 03-011974-FC

_____/

On order of the Court, the application for leave to appeal the September 15, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court for correction of the judgment of sentence to reflect two first-degree murder convictions. The original and amended judgments of sentence inaccurately reflect four first-degree murder convictions, notwithstanding that only two people were murdered. See *People v Orlewicz*, 293 Mich App 96, 112 (2001) ("convicting a defendant of both first-degree premeditated murder and first-degree felony murder arising out of the death of a single victim is a violation of double-jeopardy protection"). We further ORDER the trial court to ensure that the corrected judgment of sentence is transmitted to the Department of Corrections. In all other respects, leave to appeal is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2015



s0520

                            Clerk